UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMIE BLOCK and RANDI REZUTKA,

    Plaintiffs,

v.                                                  Case No: 5:16-cv-55-Oc-30PRL

WING, GRILL & BEER MASTERS,
INC. and CARA TUMINELLO

    Defendants.

## ORDER

This matter is before the Court on the motion of impleaded defendant Brianna Shafer's motion seeking sixty (60) days to retain counsel, purportedly on behalf of both herself and impleaded co-defendant Nom de Plume Inc. (Doc. 26).

As an initial matter, while Ms. Shafer may represent herself in these proceedings, she may not represent Nomdeplume, Inc. Indeed, pursuant to M.D. Fla. Local Rule 2.03(e), a corporation may appear and be heard only through counsel admitted to practice in this Court. Accordingly, all future filings on behalf of Nomdeplume, Inc. must be done by counsel.

The Court will **GRANT** the motion for additional time to retain counsel. However, the requested sixty (60) days seems excessive. Accordingly, on or before **July 28, 2017**, Ms. Shafer and Nomdeplume, Inc. shall retain counsel who is admitted to practice in this Court and such counsel shall file a notice of appearance.

**DONE** and **ORDERED** in Ocala, Florida on June 23, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties