# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JAMIE BLOCK and RANDI REZUTKA,

    Plaintiffs,

v.                                            Case No: 5:16-cv-55-Oc-30PRL

WING, GRILL & BEER MASTERS,
INC. and CARA TUMINELLO,

    Defendants,

and

NOMDEPLUME, INC. d/b/a WGB'S
SPORTS CRAFT BAR & GRILL and
BRIANNA SHAFER,

    Impleader Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 34). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 34) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Order that Property of the Defendants in the Hands of or under the Control of the Impleader Defendants Be Applied to Satisfy the Judgment and that a Judgment Be Entered against the Impleader Defendants (Doc. 33) is GRANTED.

3. The transfers by Wing, Grill & Beer Master, Inc. and Cara Tuminello of the leasehold interest, the retail alcoholic beverages license and of all other personal property of Wing, Grill & Beer Masters, Inc., including but not limited to bar and restaurant equipment, furniture, receivables, accounts, inventory, and tangible and intangible property be deemed null and void against Plaintiffs in execution and that they be levied upon and applied toward the satisfaction of the judgment debt.

4. The Clerk is directed to enter a judgment in favor of Plaintiffs against the Impleader Defendants in the amount of $33,663.00.

5. All pending motions are denied as moot.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of November, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record